AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

FRANK M. PECK,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:11-cv-00018-LRH-VPC**

MIKE HALEY, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is DISMISSED with prejudice for failure to state a claim for which relief may be granted.

  2/18/2011                                                    **LANCE S. WILSON**
                                                                     Clerk

                                                        /s/ P. McDonald
                                                        Deputy Clerk